E-FILED
Friday, 18 February, 2011 03:14:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CC SERVICES, INC., COUNTR MUTUAL INSURANCE COMPANY, COUNTRY LIFE INSURANCE COMPANY, and COUNTRY INVESTORS LIFE ASSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 10-cv-1181 |
| AARON GARTH BEACKER and CITYPLEX CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## **O P I N I O N and O R D E R**

Before the Court is the Motion for Default Judgment (Doc. 14) filed by Plaintiffs. The Motion is GRANTED.

Plaintiff filed a Complaint for damages and injunctive relief related to a scheme hatched by Defendant Aaron Garth Beacker to defraud various third-party investors by the unauthorized use of Plaintiffs' mark. Plaintiffs are a group of companies, operating under the name Country Financial, that sell insurance and other financial investment products through independent contractors such as Beacker. From 2004 to 2010, Beacker contacted 24 third-party investors and induced them to invest in Cityplex Corporation, which Beacker fraudulently represented was affiliated with Plaintiffs, in the amount of $2,190,798.66. Beacker also cancelled the life insurance policies owned by 4 victims, unbeknownst to them, and pocketed the cash surrender value, which totals $27,340.98. Plaintiffs, upon learning of the fraud, paid each of the victims for

the losses that they incurred as a result of Beacker's scheme. Each victim, in turn, assigned any claim they may have against Defendants, related to the scheme, to Plaintiffs. In an affidavit signed by Warren Seagren, who is the Director of corporate internal auditing for Country Financial, the total amount paid to the victims by Plaintiffs equals $2,218,139.64 (which represents in initial investments, interest, and life insurance proceeds).

Defendants failed to file a responsive pleading or otherwise answer the Complaint and an entry of default was made by Magistrate Judge Byron Cudmore. As of the date of this Order, no Defendant has made an appearance despite being duly served. Federal Rule of Civil Procedure 55(b)(2) provides that when a Plaintiff's claim is for anything other than a sum certain, such as this case, the Court may conduct a hearing, if necessary, to determine the amount of judgment or to "investigate any other matter." In this matter, no hearing is necessary because Plaintiffs are in fact requesting a certain sum, $2,218,139.64, and are not requesting statutory interest on that amount or relief with respect to the equitable claims made in the Complaint.

There being no opposition to the Motion, it is hereby GRANTED. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendants in the amount of $2,218,139.64.

CASE TERMINATED

Entered this <u>18th</u> day of February, 2010

                                                                                              s/ Joe B. McDade
                                                                                      JOE BILLY MCDADE
                                        United States Senior District Judge